IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALLEN MOORE                                                                                           PLAINTIFF

v.                                    Case No. 4:20-cv-4105

DREW SARGENT, Hempstead County
Detention Center ("HCDC"); DJ
WILLIAMS, HCDC; and JAMES
WISE, HCDC                                                                                         DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued on March 21, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 39. Judge Bryant recommends that the Defendants' Motion to Dismiss (ECF No. 34), based on Plaintiff's failure to keep the Court informed of his address, be granted and that Plaintiff's Complaint be dismissed without prejudice.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review and finding Judge Bryant's reasoning sound, the Court adopts the Report and Recommendation (ECF No. 39) *in toto*. Accordingly, Defendants' Motion to Dismiss (ECF No. 34) is hereby **GRANTED**. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of May, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge